ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:26-PO-00082-CDB |
|---|---|
| Plaintiff, | [Citation #E2152140] |
| v. | |
| PAMELA M. DEMPSTER, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00082-CDB [Citation # E2152140] against PAMELA M. DEMPSTER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 16, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:   /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

1

**O R D E R**


IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00082-CDB [Citation # E2152140] against PAMELA M. DEMPSTER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    __**June 16, 2026**__                    _____

UNITED STATES MAGISTRATE JUDGE

U.S. v. Dempster
Case No. 5:26-PO-00082-CDB